# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**VILONIA SCHOOL DISTRICT**  PLAINTIFF

**v.**  Case No. 4:18-cv-00219-KGB

**M.S. AND T.S., AS PARENTS OF A.R.S.**  DEFENDANTS

## JUDGMENT

Pursuant to the Order entered this date, it is considered, ordered, and adjudged that plaintiff Vilonia School District's appeals are denied.

So adjudged this 30th day of September, 2019.

_____
Kristine G. Baker
United States District Judge